# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re    Case No.   18−28206   dsk
Chapter   13

Tabitha Ebony Black

Debtor(s).

**NOTICE RESETTING FIRST MEETING OF CREDITORS
UPON ORDER OF COURT, AND CERTAIN CONDITIONS THEREOF**

**NOTICE IS HEREBY GIVEN** that pursuant to order of the Court, Code §341 Meeting of Creditors is hereby reset to:

**DATE AND TIME:   April 23, 2019   01:30 PM**

**PLACE:  200 Jefferson Ave, Room 175, Memphis, TN 38103**

The Confirmation Hearing will be reset to:

**DATE AND TIME:   June 11, 2019   09:00 AM**

**PLACE:  200 Jefferson Ave, Room 600, Memphis, TN 38103**

The debtor(s) shall appear at the Meeting of Creditors at the date, time, and place set forth above for the purpose of being examined under oath. This case shall be dismissed pursuant to above−said order without further notice if debtor(s) fails to appear at the Code § 341 Meeting of Creditors.

**Kathleen A Ford
UNITED STATES BANKRUPTCY CLERK**

**BY:  Jane Rowe**
_____

**Date:   March 21, 2019**

[or1stcg020]Notice Resetting First Meeting 0704